# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERRY L. RANSON,**
**D.O.C. # 114511,**

    *Plaintiff*,

v.   Case No.: 4:25cv215-MW/MAF

**OMNI INSURANCE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) because Plaintiff has not shown he faces imminent danger and, thus, he is not entitled to proceed with *in forma pauperis* status." The Clerk shall note on the docket that this cause was dismissed

pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on June 5, 2025.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**